*In re* **BRUNO**, Jason Keith (MR 20519)
Bloomington, IL

664

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Jason Keith Bruno is disbarred and ordered to make restitution to State Farm Insurance Company in the amount of $600,000.